This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**GLADYS GARCIA,**

Worker-Appellant,

v.                                                          **NO. 31,302**

**LAKEVIEW CHRISTIAN HOME,**
**and NEW MEXICO HEALTH CARE**
**WC GROUP,**

Employer/Insurer-Appellees.

**APPEAL FROM THE WORKERS' COMPENSATION ADMINISTRATION**
**Lori A. Martinez, Workers' Compensation Judge**

Chavez Law Firm
Gonzalo Chavez
Roswell, NM

for Appellant

Yenson, Lynn, Allen &Wosick, P.C.
Matthew L. Connelly
Albuquerque, NM

for Appellees

## MEMORANDUM OPINION

**WECHSLER, Judge.**

Summary affirmance was proposed on Issues 1, 2, and 5, and summary reversal was proposed on Issues 3, 4, and 6, for the reasons stated in the second notice of proposed disposition filed in this Court on September 8, 2011. No memorandum opposing summary affirmance on Issues 1, 2, and 5, and summary reversal on Issues 3, 4, and 6, has been filed, and the time for doing so has expired.

Issues 1, 2, and 5 are affirmed; Issues 3, 4, and 6 are reversed. The case is remanded to the Workers' Compensation Judge to amend the compensation order with regard to Issues 3, 4, and 6, in accordance with this Court's second calendar notice.

**IT IS SO ORDERED.**


_____
**JAMES J. WECHSLER, Judge**

**WE CONCUR:**


_____
**CELIA FOY CASTILLO, Chief Judge**


_____
**LINDA M. VANZI, Judge**